■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN JUNG, Appellant. — Appeal from a judgment of the County Court of Albany County (Harris, J.), rendered December 1, 1983, upon a verdict convicting defendant of the crimes of burglary in the second degree and conspiracy in the fourth degree.

Judgment reversed, on the law, and indictment dismissed (*see, People v Marmulstein,* 109 AD2d 948). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ LAWRENCE CARP, Appellant, v SHARON L. MARCUS, as Administratrix of the Estate of PATRICIA A. MARCUS, Deceased, Respondent, et al., Defendant. — Appeal from an order of the Supreme Court at Special Term (Kuhnen, J.), entered April 30, 1984 in Tompkins County, which denied, without prejudice, plaintiff's motion for default judgment against defendant Sharon L. Marcus.

Appeal dismissed as moot, with costs. No opinion. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.